# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**MARVIN J. CHARIPAR,** )<br>)<br>**Defendant.** ) | **8:06CV295**<br><br>**ORDER** |

Considering the defendant's motion for a 30-day extension of time to answer [7] in accordance with NECivR 6.1(a),

**IT IS ORDERED** that the motion [7] is granted, and defendant is given until **September 11, 2006** to serve an answer to the complaint or to serve a motion under Fed. R. Civ. P. 12 (b), 12 (e), or 12 (f).

**DATED August 14, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**