# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) 8:06CV295 ) ) ORDER |
| vs. | ) ) |
| MARVIN J. CHARIPAR, | ) ) |
| Defendant. | ) ) |

By previous order of the court, the defendant, Marvin J. Charipar, was given until September 11, 2006 to serve an answer to the complaint or to serve a motion under Fed. R. Civ. P. 12 (b), 12 (e), or 12 (f). On September 11, the court received a fax[1] addressed to the plaintiff. It does not appear that the defendant sent the fax to plaintiff's counsel.

This court does not accept filings by fax, and the summons served on the defendant clearly advised the defendant that he was to file his answer with the Clerk of the Court.

Upon review of the court file,

**IT IS ORDERED:**

1. Defendant, Marvin J. Charipar, is given a further extension of time to **Monday, September 25, 2006**, to file a written answer or other written response to the Complaint. This is a final extension of time.

2. Defendant shall file his written answer or response to the Clerk of the Court at the following address:

> Clerk of the United States District Court
> 111 South 18th Plaza
> Suite 1152
> Omaha, NE 68102

---

[1] A copy of the fax is attached to this Order.

The defendant may contact the Clerk's Office by telephone at (402) 661-7350, or toll free at 866-220-4381, between the hours of 8:00 a.m and 4:30 p.m. if he needs further information about how to file documents with the court.

3. Rule 5 of the Federal Rules of Civil Procedure requires that the defendant serve copies of pleadings, motions, or other documents filed by him on opposing counsel, together with a Certificate of Service. In this district if the defendant properly files a document with the Clerk, opposing counsel will receive notice of the filing through the court's electronic filing system (the CM/ECF System). Accordingly, the Rule 5 requirements will be satisfied if the defendant includes a Certificate of Service in substantially the following form:

> I hereby certify that on [ date ], I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to opposing counsel:
>
> Susan J. Willer
> U.S. Department of Labor, Office of the Solicitor
> 1100 Main Street
> Suite 1210, City Center Square
> Kansas City, MO 64105
> (816) 426-6441
> Fax: (816) 426-2500
> Email: Willer.Susan@DOL.gov

**DATED September 12, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**

# FAX COVER SHEET

**Columbus Irrigation, Inc.**
4015 So. 9th Street
Columbus, NE 68601
Telephone: (402) 270-2865 or (402) 270-3095        Fax: (402) 564-1696

Date: 9-11-06        Total # of Pages: 3

Elaine L. Chao
Secretary of Labor
U.S. Department of Labor
Case # 8:06-CV-00295-F&3
From: Defendant
Marvin J. Thompson
3323 - 43rd ave
Columbus, Ne. 68601

Please Let me know by phone
402-270-2865 or Fax
402-564-1696. That
you've received this fax.

Thank You

2:45 P.M. I'm faxing this again I thought I
had it to the right # but I'll
fax it again. 402-661-7338

Sent By: [signature]

Please Acknowledge

Case: 8:06-CV-00295-FS3
Document #8-1
In regards to order # 8:06CV295-

Elaine L. Chao Secretary of Labor,
United States Department of Labor,
    Plaintiff
Marvin J. Thompson
    Defendant

In Answer to your extension letter to me Dated August 14, 2006.

I can not afford an attorney so I am answering your order my self.

I know its too late now but when we inquired about setting up a 401K plan for the employees it was suppose to help retain them for long term employment. I questioned the representive about the fact that after the employee is fully vested I think its called they would or could quite & use the money to do something else like become our competitors. In some cases thats just what happened.

Now the employees have the government to help them make me personally Pay this, because the Company Columbus Irrigation INC. was foreclosed upon Jan 1 - 2006.

I have worked for the party that took over & I am paid on a commission basis.

At this time there is no thing to Sell so I have no income.

In 180 days or Sooner, when I know what I can do or am doing, I would Set up an agreement to pay what ever I can afford at that time, if in fact I am personally liable for this.

Please let me know what can be worked out.

Sincerely,

Marvin J. Marples
333 - 16 3rd Ave
Columbus, NE. 68601

SEP-11-06 MON 1:54 PM   IRRIGATION SALES   FAX NO. 4025641693   P. 3

```
                        TRANSACTION REPORT                    P. 01
                        ───────────────────
                                                    SEP-11-06 MON 1:55 PM

            FOR. IRRIGAION SALES          4025641696

  DATE    START     RECEIVER       TX TIME  PAGES  TYPE        NOTE

  SEP-11  1:53 PM  1-8866.7338      2'05"    3     SEND         OK
```

Please Let me know you
Recieved this fax.

↓

time sensitive

Thank you

402-270-2865
or fax
402-564-1696

SEP-11-06 MON 2:00 PM    IRRIGAION SALES    FAX NO. 4025641696    P. 1