## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** ) | | |
| **United States Department of Labor,** ) | | |
| ) | | |
| **Plaintiff,** ) | | 8:06CV295 |
| ) | | |
| vs. ) | | ORDER |
| ) | | |
| **MARVIN J. CHARIPAR,** ) | | |
| ) | | |
| **Defendant.** ) | | |

This matter came before the court on the oral motion [12] by plaintiff's attorney, Susan J. Willer, for an extension of the parties' October 5, 2006 planning report deadline.

**IT IS ORDERED:**

1. The oral motion by plaintiff [12] is granted.

2. The deadline for the parties to submit their Rule 26(f) planning report is extended to **October 16, 2006**.

Dated this 26th day of September 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge