IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U. S. DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>vs.<br><br>MARVIN J. CHARIPAR,<br><br>        Defendant. | Case No. 8:06cv295<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Susan J. Willer, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 15, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for January 18, 2007, is cancelled upon the representation that this case is settled.

Dated this 16th day of January 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge